# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128732

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARSHALL DONELL FORREST III,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128732
COA: 258736
Berrien CC: 1998-490001-FC

On order of the Court, the application for leave to appeal the April 7, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

*Corbin R. Davis*

Clerk

s1219